

NUMBER 13-11-00224-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ALEJANDRO LOPEZ AND LINDA LOPEZ,                    APPELLANTS,

v.

ALICE ENTERPRISES, INC.,                                            APPELLEES.

On appeal from the 79th District Court
of Jim Wells County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam**

Appellants, Alejandro Lopez and Linda Lopez, appealed a judgment entered by the 79th District Court of Jim Wells County, Texas. On May 16, 2011, the Clerk of this Court notified appellants, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless the $175.00 filing fee was paid. *See* TEX. R. APP. P. 42.3(c). Appellants have not responded to the notice from the Clerk or paid the

$175.00 filing fee.  *See* TEX. R. APP. P. 5, 12.1(b).  Appellee has filed a motion to dismiss the appeal for want of prosecution and for failure of appellants to comply with requirement of rules.

The Court, having considered the documents on file and appellants' failure to pay the filing fee, is of the opinion that the appeal should be dismissed.  *See id.* 42.3(b),(c). Accordingly, appellee's motion to dismiss is GRANTED and the appeal is DISMISSED for want of prosecution.

PER CURIAM

Delivered and filed the
14th day of July, 2011.